■ HEARY BROS. LIGHTNING PROTECTION CO., INC., et al., Appellants, v INTERTEK TESTING SERVICES, N.A., INC., Formerly Known as ETL TESTING LABORATORIES, INC., and Others, Respondent. (Appeal No. 2.) [779 NYS2d 799]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered March 26, 2003. The order granted defendant's motion for a directed verdict dismissing the cause of action for violation of General Business Law § 340.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Hayes, JJ.

■ HEARY BROS. LIGHTNING PROTECTION CO., INC., et al., Respondents, v INTERTEK TESTING SERVICES, N.A., INC., Formerly Known as ETL TESTING LABORATORIES, INC., and Others, Appellant. (Appeal No. 3.) [779 NYS2d 392]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered May 21, 2003. The order denied defendant's motion for a directed verdict dismissing the cause of action for breach of contract.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Heary Bros. Lightning Protection Co. v Intertek Testing Servs.* ([appeal No. 1] 9 AD3d 870 [2004]). Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Hayes, JJ.

■ CARRIE ZIELINSKI, Respondent, v ROBERT C. VAN PELT et al., Appellants, et al., Defendants. (Appeal No. 1.) [779 NYS2d 392]—Appeals from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered November 4, 2002. The order denied the motion of defendants Stephanie A. Smith and Donald L. Smith and the cross motion of defendant Robert C. Van Pelt to bifurcate the trial.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as *Zielinski v Van Pelt* (9 AD3d 874 [2004]). Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Hayes, JJ.